IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 1:08-CV-01707-MBS |
| | ) | |
| Norfolk Southern Railway Company, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR TERMINATION OF THE CONSENT DECREE
AND ORDER TERMINATING THE CONSENT DECREE**

Pursuant to Paragraph 76 of the Consent Decree in the captioned case [ECF No. 102], Plaintiff United States of America and Defendant Norfolk Southern Railway Company (hereinafter "Norfolk Southern"), jointly stipulate to termination of the Consent Decree. The parties stipulate that Defendant has completed the requirements of the Consent Decree that are required for termination, including those specified in Paragraph 75.

Therefore, the Consent Decree is terminated.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina
October 5, 2011

| WE SO STIPULATE: | WE SO STIPULATE: |
|---|---|
| s/Christopher M. Kelly | William N. Nettles |
| Ronald K. Wray, II (Fed. I.D. #5763) | United States Attorney |
| Christopher M. Kelly (Fed. I.D. # 6999) | District of South Carolina |
| GALLIVAN, WHITE & BOYD, P.A. | |
| 55 Beattie Place, Suite 1200 | s/R. Emery Clark |
| P.O. Box 10589 | R. Emery Clark |
| Greenville, SC 29603 | Assistant United States Attorney |
| (864) 271-9580 | Wachovia Building, Suite 500 |
| (864) 271-7502 FAX | 1441 Main Street |
| rwray@gwblawfirm.com | Columbia, SC 29201 |
| ckelly@gwblawfirm.com | (803) 929-3085 |
| | Emery.clark@usdoj.gov |
| AND | AND |
| Karen Aldridge Crawford (Fed. I.D. # 0925) | Davis H. Forsythe |
| NELSON MULLINS RILEY AND SCARBOROUGH | Patricia L. Hurst |
| 1320 Main Street | Environmental Enforcement Section |
| P.O. Box 11070 | Environment and Natural Resources Division |
| Columbia, SC 29211 | U.S. Department of Justice |
| (803) 255-9442 | P.O. Box 7611 |
| (803) 255-9145 FAX | Washington, DC 20044 |
| karen.crawford@nelsonmullins.com | (202) 616-6528 |
| | (202) 514-2583 FAX |
| AND | |
| David T. Buente | Counsel for Plaintiff, |
| Peter R. Steenland | United States of America |
| Ragu-Jara Gregg | |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, District of Columbia 20005 | |
| (202) 736-8000 | |
| dbuente@sidley.com | |
| psteenland@sidley.com | |
| rjgregg@sidley.com | |

2

AND

Crawford S. McGivaren, Jr.
CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL, LLP
P.O. Box 830612
Birmingham, AL  35283-0612
(205) 716-5312 (tel.)
(205) 716-5389 (fax)
csm@cabaniss.com

Counsel for Defendant,
Norfolk Southern Railway Company